UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TIMOTHY EARL GREEN,
Institutional ID No. 02724870

    Plaintiff,

v.

No. 5:19-CV-215-H

TEXAS CIVIL COMMITMENT
CENTER,

    Defendant.

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

All relief not expressly granted and any pending motions are denied.

Judgment shall be entered accordingly.

So ordered on January 7, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE